# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

Trayeon Davis Gladney,

[You are the PLAINTIFF, print your full name on this line.]

v.

Parkview Terrace et al,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:22-cv-272

[For a new case in this court, leave blank. The court will assign a case number.]

-FILED-
APR 06 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Parkview Terrace / Naomi (Regional) | 526 E 13th St. Michawaka IN, 46544 |
| 2 | Shawna Property Manager / Shannon Property Manager | 526 E 13th St. Michawaka IN, 46544 |
| 3 | Dawn Property Management / Joy brown Property Management | 526 E 13th St. Michawaka, In 46544 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 5
2. What is your address? 523 E 12 St. 1D Michawaka, IN 46544

3. What is your telephone number: (574) 345-1823

4. Have you ever sued anyone for these exact same claims?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On or about 3/16/2021 I began renting from Parkview Terrace. Naomi was or is the Regonal of Parkview Terrace. After one week of renting from Parkview Terrace which rents to low income citizens or citizens with a disability. Anyways one week into my lease a loud tv. started waking me or keeping me up after 10 pm. I brought this to Parkview Terrace staff and nothing was ever done. The staff at Parkview received numerous complaints from myself that can be colaberated by law enforcement. Sometimes in April of 2021 I contacted law enforcement on 5/25/2021 at 4 am about the upstair tenant loud tv. which is a lease violation. 6/13/2021 I called the police because of the upstairs neighbor started retaliating against me by intentional stomping, the lady who apartment it is and her male guess who wasn't on the lease per conversation with Parkview Terrace staff. 6/24/2021 I called the police because the tenant who I have been having problem with started having kids over to nice sized boy ranging between 10 to 14 years of age to run jump also play over my head. He unit is a one bedroad unit. She had been asked by law

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

enforcement not to do that because I was complaining about this. Most of these days weren't to cold because it was almost summer, weather permitted them to go to a brand new Park on 13th which is across the street from the complex. 6/29/2021 I filed a Harassment with Mishawaka police because the Female Tenant male friend turn her music over my music like we are in a speaker competition.

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☒ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I would like for the Defendants to pay punitive Damage also emotional distress. Also be charged with neglect because all of these female staff members are mandatory reporters of abuse and Neglect of children also vulnerable adult. I am a Vulnerable adult, with Physical and mental disabilities.

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

_TL_  I will keep a copy of this complaint for my records.
_TL_  I will promptly notify the court of any change of address.
_TL_  I declare **under penalty of perjury** that the statements in this complaint are true.

_Tolyson Le. Glochey_  3/29/2022
Signature                  Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]